# United States District Court
## Northern District of Texas

*Abilene Division*

03/17/2026

Christopher Kim Parker
Jones County Jail
402 2nd Street
Anson, TX 79501

Re: Your correspondence received in the U.S. District Clerk's Office on  03/17/2026
Case No./Style:  1:26-cv-121

Mr. Parker,

Employees of the Court are prohibited from giving legal advice.

Please find enclosed:
1. (2) Prisoner's Civil Rights Complaint Forms (1983)
2. (2) Application to Proceed In Forma Pauperis Forms

Sincerely,

Deputy Clerk -  skh